UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,  )
         Plaintiff,  )
          )
v.  )   **JUDGMENT**
          )
         )   No. 5:12-MC-65-BO
         )
AARON BLAKE PRICE,  )
         Defendant.  )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Government's Motion to Dismiss is GRANTED and the Government's Motion to Quash is DENIED AS MOOT, and the clerk is directed to close the file.

**This Judgment Filed and Entered on February 7, 2013, and Copies To:**

Michael James (via CM/ECF Notice of Electronic Filing)
Carolyn Peacock, Esq.(via regular mail to 225-C Broad Street, P.O. Box 12530, New Bern, NC 28561)

DATE                                                          JULIE A. RICHARDS, CLERK
February 7, 2013                                /s/ Susan K. Edwards
                                                            (By) Susan K. Edwards, Deputy Clerk